UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM M. PRINDLE,                                     Case No. 1:07-CV-538

       Plaintiff,                                     Hon. Richard Alan Enslen

v.

JODI HERNANDEZ, *et al.*,

       Defendants.
_____/

## JUDGMENT

Plaintiff has initiated the present action alleging insurance fraud, stalking, "coorpret welfare," "grand felony theft," "larsony," "imbezzelment," obstruction, and conspiracy.[1] The Court has granted Plaintiff's motion to proceed as a pauper in this matter. Having granted Plaintiff's motion to proceed as a pauper, the Court has conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915(e)(2) to determine whether it is frivolous, malicious, or fails to state a claim upon which relief can be granted. Having conducted this initial review, the Court concludes that Plaintiff's complaint must be dismissed for failure to state a claim upon which relief may be granted.

Pursuant to Federal Rule of Civil Procedure 12(b)(6), a claim may be dismissed for failure to state a claim upon which relief may be granted where, even accepting as true Plaintiff's allegations and construing the complaint liberally in his favor, it appears "beyond doubt that the plaintiff

---

[1] Much of the complaint is misspelled. The Court has not marked the misspellings and punctuation errors in the quoted language to avoid the distraction of repeated [sic] notations.

can prove no set of facts in support of his claim which would entitle him to relief." *Herron v. Harrison*, 203 F.3d 410, 414 (6th Cir. 2000) (quoting *Estelle v. Gamble*, 429 U.S. 97, 106 (1976)).

Plaintiff's complaint is largely unintelligible. Except for the assertion that there exists a "30 year history of defendants actions as verified thru Sirota & Alper F.B.I. privet investigation firm & Central Intelligence," Plaintiff's complaint contains no factual allegations. Moreover, Plaintiff's complaint fails to indicate how this alleged "30 year history" relates to the various claims asserted or the Defendants against whom such claims are asserted. In sum, the Court concludes that Plaintiff has failed to state a claim upon which relief may be granted. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**.

DATED in Kalamazoo, MI:  /s/ Richard Alan Enslen
January 24, 2008  RICHARD ALAN ENSLEN
 SENIOR UNITED STATES DISTRICT JUDGE